**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 26-1403**

———————

JORDAN OWENS,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:25-cv-00901-RDA-LRV)

———————

Submitted:  July 23, 2026                                          Decided:  July 28, 2026

———————

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jordan Owens, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jordan Owens appeals the district court's orders denying his motion for a preliminary injunction and denying his Fed. R. Civ. P. 59(e) motions for reconsideration of that denial. We have reviewed the record and discern no reversible error in the court's findings that Owens failed to demonstrate a likelihood of success on the merits of his claims or that he will suffer irreparable harm in the absence of preliminary injunctive relief. Accordingly, we affirm the district court's orders. *Owens v. United States*, No. 1:25-cv-00901-RDA-LRV (E.D. Va. Mar. 4, 2026; Mar. 11, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*